October 26, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

STEVEN WORMALD AND ELIZABETH ANNE WORMALD, Appellants

NO. 14-16-00553-CV                                          V.

NORMAN VILLARINA, DOUG WERTHEIMER, AARON SNEGG, MCGUFFY CREDIT FACILITY 1, LLC, MCGUFFY INTERNATIONAL COMPANY, MCGUFFY GROUP, INC., MCGUFFY DISTRIBUTION, LLC, MCGUFFY POWER SYSTEMS, INC., NV FIELD SERVICES, LLC, MCGUFFY ENERGY SERVICES, LLC, MCGUFFY LIMITED, PENRITH, INC., Appellees

———————————————————

This cause, an appeal from the order signed July 13, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We order appellants, Steven Wormald and Elizabeth Anne Wormald, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.